**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 09-10452 |
| Plaintiff - Appellee, | 09-10453 |
| v. | D.C. Nos. 4:08-cr-01066-DCB |
| | 4:08-cr-50090-DCB |
| RENE LUNA-MARADIAGA, aka Rene Antonio Luna-Maradiaga, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted February 15, 2011**

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

In these consolidated appeals, Rene Luna-Maradiaga appeals from the 92-

month sentence imposed following his guilty-plea conviction for illegal re-entry

after deportation, in violation of 8 U.S.C. § 1326, and from the 21-month sentence

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Luna-Maradiaga's sole argument on appeal is that the district court abused its discretion by denying his motion for a continuance of the sentencing and disposition hearing. The district court did not abuse its discretion, as it granted numerous other continuance requests and Luna-Maradiaga fails to demonstrate any prejudice arising from the denial. *See Ungar v. Sarafite*, 376 U.S. 575, 589 (1964); *United States v. Flynt*, 756 F.2d 1352, 1358 (9th Cir. 1985), amended by 764 F.2d 675 (9th Cir. 1985); *see also United States v. Wills*, 88 F.3d 704, 711 (9th Cir. 1996).

**AFFIRMED.**